# UNITED STATES of America, Plaintiff–Appellee

v.

# Richard A. MANUEL, Defendant–Appellant.

No. 10–11257
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 25, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

trict of Texas, Fort Worth, TX, for Plaintiff-Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant-Appellant.

Richard A. Manuel, El Reno, OK, pro se.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Richard A. Manuel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Manuel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's *motion for leave to withdraw is* GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

